No objection

RECEIVED

JUN 02 2005

DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PATRICIA MCGANN,

Plaintiff

v.

C.A. No. 04-475T

FILED
MAY 16 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

LIGHTHOUSE FOR YOUTH;
DAILY & WALCOTT, INC., a/k/a
daly.commerce, inc.; INFOR GLOBAL
SOLUTIONS; and any of its/their
successors or assigns,

Defendants

**DEFENDANT LIGHTHOUSE FOR YOUTH'S MOTION TO COMPEL PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR PRODUCTION OF DOCUMENTS**

Now comes Defendant Lighthouse for Youth, by and through counsel, and hereby moves to compel Plaintiff's compliance with Defendant's First Request for Production of Documents which was served on January 7, 2005, and is attached hereto as Exhibit "A" to this Motion. Defendant requests a twenty (20) day order of compliance.

Defendant's counsel certifies that he has unsuccessfully attempted to secure Plaintiff's compliance with Defendant's discovery request without the necessity of Court action in accordance with Rule 37(a)(2) of the Federal Court Rules of Civil Procedure.

Referred to U.S.M.J. Martin
☐ for findings & recommendations
☒ for determination
☐ ____________
Ernest C. Torres, Chief Judge
Date: 6/1/05

No objection having been filed,
the motion is GRANTED.

David L. Martin
United States Magistrate Judge
June 8, 2005



COPY