UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PATRICIA MCGANN,
**Plaintiff**
v. C.A. NO. 04-475-T

LIGHTHOUSE FOR YOUTH;
DALY & WOLCOTT, INC., a/k/a
daly.commerce, inc.; INFOR GLOBAL
SOLUTIONS; and any of its/their
successors or assigns
**Defendants**

**PLAINTIFF'S MOTION TO EXTEND THE DISCOVERY PERIOD ASSENTED TO BY THE DEFENDANTS**

Plaintiff hereby files this Motion to extend the Discovery Period Assented to by the Defendants.

In support of her Motion, the Plaintiff has attached the following Supporting Memorandum.

Respectfully Submitted,
Patricia McGann,
By Her Attorney,

Stephen Fanning

Stephen T. Fanning #3900
305 South Main Street
Providence, RI 02903
401-272-8250/401-272-4520 (FAX)

**Certification**

I hereby certify that a true copy of the above was served on counsel for the Defendants: Jospeh Codega, 571 Pontiac Ave, Crantson, RI 02910; Patrick McDonnell, 601 S. Henderson Rd, Suite 154, King of Prussia, PA 19406 & James A. Ruggieri, Higgins, Cavanaugh & Cooney at 123 Dyer Street, Providence, RI. by regular mail.

Stephen Fanning 11/1/05

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PATRICIA MCGANN,
**Plaintiff**

v. C.A. NO. 04-475-T

LIGHTHOUSE FOR YOUTH;
DALY & WOLCOTT, INC., a/k/a
daly.commerce, inc.; INFOR GLOBAL
SOLUTIONS; and any of its/their
successors or assigns
**Defendants**

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF HER MOTION TO EXTEND THE DISCOVERY PERIOD ASSENTED TO BY THE DEFENDANTS**

Plaintiff hereby files this Memorandum in Support of her Motion to extend the Discovery Period Assented to by the Defendants.

Discovery in this matter is currently scheduled to close on December 1, 2005. The Plaintiff has filed a Motion to extend the Discovery period for sixty days, until January 29, 2006, with a concomitant adjustment to the Court's Pre-Trial Order. The Plaintiff, due to serious health reasons has been unable to fully and meaningfully participate in the discovery process. Plaintiff has now substantially recovered and is able to take an active role in this discovery process. The Defendants have assented to this Motion. No other requests for extensions to the discovery period have been made.

Respectfully Submitted,
Patricia McGann,
By Her Attorney,

Stephen T. Fanning #3900
305 South Main Street
Providence, RI 02903
401-272-8250/401-272-4520 (FAX)

**Certification**

I hereby certify that a true copy of the above was served on counsel for the Defendants: Jospeh Codega, 571 Pontiac Ave, Crantson, RI 02910; Patrick McDonnell, 601 S. Henderson Rd, Suite 154, King of Prussia, PA 19406 & James A. Ruggieri, Higgins, Cavanaugh & Cooney at 123 Dyer Street, Providence, RI. by regular mail.

Stephen Fanning 11/1/05