FILED
NOV 1 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PATRICIA MCGANN,
**Plaintiff**

v. C.A. NO. 04-475-T

LIGHTHOUSE FOR YOUTH;
DALY & WOLCOTT, INC., a/k/a
daly.commerce, inc.; INFOR GLOBAL
SOLUTIONS; and any of its/their
successors or assigns
**Defendants**

**PLAINTIFF'S MOTION TO EXTEND THE DISCOVERY PERIOD ASSENTED TO BY THE DEFENDANTS**

Plaintiff hereby files this Motion to extend the Discovery Period Assented to by the Defendants.

In support of her Motion, the Plaintiff has attached the following Supporting Memorandum.

No further extensions will be granted

GRANTED
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge
11/8/05

Respectfully Submitted,
Patricia McGann,
By Her Attorney,
Stephen Fanning
Stephen T. Fanning #3900
305 South Main Street
Providence, RI 02903
401-272-8250/401-272-4520 (FAX)

**Certification**

I hereby certify that a true copy of the above was served on counsel for the Defendants: Jospeh Codega, 571 Pontiac Ave, Crantson, RI 02910; Patrick McDonnell, 601 S. Henderson Rd, Suite 154, King of Prussia, PA 19406 & James A. Ruggieri, Higgins, Cavanaugh & Cooney at 123 Dyer Street, Providence, RI. by regular mail.

Stephen Fanning 11/1/05