RECEIVED
MAR 08 2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PATRICIA MCGANN,

Plaintiff

v.

C.A. No. 04-475T

LIGHTHOUSE FOR YOUTH;
DAILY & WALCOTT, INC., a/k/a
daly.commerce, inc.; INFOR GLOBAL
SOLUTIONS; and any of its/their
successors or assigns,

Defendants

## DISMISSAL STIPULATION

By agreement of the parties, this matter is dismissed with prejudice, no interest and no costs to any party.

PLAINTIFF
By her Attorney,

[signature]
Stephen T. Fanning #3900
305 South Main Street
Providence, RI 02903
Telephone: (401) 272-8250
Facsimile: (401)272-4520
Dated: December , 2005

DEFENDANT LIGHTHOUSE FOR YOUTH
By its Attorneys,
FITZHUGH, PARKER & ALVARO LLP

By: [signature]
Joseph M. Codega #3612
571 Pontiac Avenue
Cranston, RI 02910
Telephone: (401) 941-3220
Direct Dial: (401) 941-7778
Facsimile: (401) 941-3055
Dated: December , 2005

DEFENDANTS DALY & WALCOTT, INC
a/k/a daly.commerce, inc. and INFOR GLOBAL
SOLUTIONS (COLORADO), INC.
By their Attorneys,

HIGGINS, CAVANAUGH &
COONEY

James A. Ruggieri #2928
123 Dyer Street
Providence, RI 02903
Telephone: (401) 272-3500
Facsimile: (401) 273-8780
Dated: December , 2005

McDONNELL & ASSOCIATES, P.C.

Patrick McDonnell, *pro hac vici*
601 S. Henderson Road
Suite 152
King of Prussia, PA 19406
Telephone: (610) 337-2087
Facsimile: (610) 337-2575
Dated: December , 2005

ENTER: Ernest C. Torres
Ernest C. Torres
Chief U.S. District Judge

DATE: 3/8/06